UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                   Criminal Action No. 19-cr-20244
                                          HON. BERNARD A. FRIEDMAN

vs.

MICHAEL MILLS,

       Defendant.
_____/

## ORDER GRANTING IN PART AND DENYING IN PART THE GOVERNMENT'S MOTION IN LIMINE

Before the Court is the government's motion in limine. (ECF No. 132). Defendant Michael Mills responded. (ECF No. 139). The government did not file a reply. The Court held a hearing on the motion on March 29, 2022 and reviewed the video recordings of Mills's interrogation on March 31, 2022. For the reasons stated on the record, it is hereby,

ORDERED that the portion of the government's motion in limine (ECF No. 132) seeking the admission of Mills's statements during his interrogation is granted.

IT IS FURTHER ORDERED that the portion of the government's motion in limine seeking to preclude the admission of Mills's own exculpatory statements as hearsay is denied without prejudice.

Dated: April 7, 2022  
       Detroit, Michigan

s/Bernard A. Friedman  
Bernard A. Friedman  
Senior United States District Judge