UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Criminal Action No. 19-cr-20244
                                             HON. BERNARD A. FRIEDMAN

vs.

MICHAEL MILLS,

    Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S EMERGENCY MOTION IN LIMINE

Before the Court is defendant Michael Mills's emergency motion in limine. (ECF No. 135). The government responded. (ECF No. 136). Mills filed a reply. (ECF No. 138). The Court held a hearing on the motion on March 29, 2022, where it reviewed unredacted portions of the *Jencks* material *in camera*. For the reasons stated on the record, it is hereby,

ORDERED that Mills's emergency motion in limine (ECF No. 135) is granted in part and denied in part.

Dated: April 7, 2022
       Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior United States District Judge